# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05 CR 31-9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JANET MARIE MOSTELLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS CAUSE coming on to be heard and being heard on July 7, 2006 upon a motion filed by the defendant entitled, "Motion for Bond Hearing" and it appearing to the court from an examination of said motion and the records in this cause and after hearing other evidence as is set forth in an order for release that the defendant has shown good cause for the granting of a hearing and for allowing the defendant to be released on terms and conditions of pretrial release.

**ORDER**

IT IS, THEREFORE **ORDERED:**

1. That the motion of the defendant entitled, "Motion for Bond Hearing" is hereby **ALLOWED**.

2. That it is **ORDERED** that the defendant be released on terms and conditions of pretrial release as has been entered in writing in this matter.

Signed: July 18, 2006

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge